United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Craft Beverage Cooperative, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2996392** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **7150 E Camelback Rd Ste 230** <br> **Scottsdale, AZ 85251** <br> Number, Street, City, State & ZIP Code <br><br> **Maricopa** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5511**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in** *this district?*    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 26, 2024**
MM / DD / YYYY

**X** **/s/ George Cole Jackson**
Signature of authorized representative of debtor

**George Cole Jackson**
Printed name

cjackson@montagepartners.com
Email Address of debtor

Title  **Authorized Signatory**

---

**18. Signature of attorney**

**X** **/s/ Christopher C. Simpson**
Signature of attorney for debtor

Date  **January 26, 2024**
MM / DD / YYYY

**Christopher C. Simpson**
Printed name

**OSBORN MALEDON, P.A.**
Firm name

**2929 N. Central Avenue**
**Suite 2100**
**Phoenix, AZ 85012**
Number, Street, City, State & ZIP Code

Contact phone  **602-640-9349**       Email address  **csimpson@omlaw.com**

**018626 AZ**
Bar number and State

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA _____

Case number (*if known*) _____  Chapter  **11**

☐ Check if this an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor | **CBC SubCo, Inc.** | | | Relationship to you | | **Affiliate** |
| District | **Arizona** | When | **1/26/24** | Case number, if known | | |
| Debtor | **Heretic Brewing Company** | | | Relationship to you | | **Affiliate** |
| District | **Arizona** | When | **1/26/24** | Case number, if known | | |
| Debtor | **Moab Brewers, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Arizona** | When | **1/26/24** | Case number, if known | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Craft Beverage Cooperative, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Western Alliance Bank 1 E Washington St #1400 Phoenix, AZ 85004** | lori.edwards@bridgebank.com | **All existing and future assets** | | $3,392,856.86 | $1,287,151.99 | $2,105,704.87 |
| **ADP, Inc. 400 Covina Blvd Sacramento, CA 95899-7300** | | **Return of advanced funds from former payroll company.** | | | | $25,824.42 |

# United States Bankruptcy Court
## District of Arizona

In re    **Craft Beverage Cooperative, LLC**           Case No. _____

Debtor(s)          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CBC Holding, LLC**<br>**7150 E Camelback Rd Ste 230**<br>**Scottsdale, AZ 85251** | **N/A** | **100%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Authorized Signatory** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 26, 2024** _____      Signature **/s/ George Cole Jackson** _____

                                                    **George Cole Jackson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Arizona

In re   **Craft Beverage Cooperative, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Craft Beverage Cooperative, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 26, 2024**

Date

**/s/ Christopher C. Simpson**

**Christopher C. Simpson**

Signature of Attorney or Litigant

Counsel for   **Craft Beverage Cooperative, LLC**

**OSBORN MALEDON, P.A.**
**2929 N. Central Avenue**
**Suite 2100**
**Phoenix, AZ 85012**
**602-640-9349 Fax:602-640-9050**
**csimpson@omlaw.com**

**ACTION BY WRITTEN CONSENT**
**OF THE BOARD OF MANAGEMENT AND VOTING MEMBERS**
**OF**
**CRAFT BEVERAGE COOPERATIVE, LLC**
**AUTHORIZING CHAPTER 11 FILING**

**Effective as of January 18, 2024**

The undersigned, being (i) all of the Managers ("Managers" or "Board") of Craft Beverage Cooperative, LLC, a Nevada limited liability company (the "Company"), and (ii) the member ("Member") of the Company holding the requisite majority of Voting Units, hereby waive notice and give their written consent and authorization to approve the actions set forth in the following resolutions, effective as of the date set forth above, without a meeting as permitted by the Nevada Limited Liability Company Act and the Operating Agreement of the Company dated as of November 29, 2019, as amended on November 4, 2022 (the "Operating Agreement"). Any terms not otherwise defined herein shall have the meaning as set forth in the Operating Agreement:

RESOLVED that in the judgment of the Member and Managers it is desirable and in the best interests of the Company, its creditors and other interested parties, that a petition be filed by the Company seeking relief under the provisions of title 11 chapter 11 Subchapter V of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED that George Cole Jackson, be, and hereby is, appointed by the Member and Managers as the authorized signatory for the bankruptcy case (hereinafter, the "Authorized Signatory"); and it is further

RESOLVED that George Cole Jackson, be, and hereby is, authorized, empowered and appointed by the Member and Managers to file the bankruptcy case under chapter 11 of the Bankruptcy Code; and it is further

RESOLVED that the corporation employ Christopher Simpson, Esq. of Osborn Maledon, P.A., to represent the Company in connection with the Chapter 11 proceeding authorized herein; and it is further

RESOLVED that the Authorized Signatory be, and hereby is, authorized and directed on behalf of the Company to execute and verify a petition in the name of the Company under the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Arizona in such form and at such time as the Authorized Signatory executing said petition on behalf of the Company shall determine; and it is further

RESOLVED that the Authorized Signatory, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on his behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings,

1

10219778

and other papers, and in that connection to employ and retain all assistance by legal counsel, investment bankers, accountants or other professionals and to take any and all action which he deems necessary and proper in connection with the bankruptcy case contemplated hereby, with a view to the successful prosecution of such case; including, without limitation, to direct the actions of legal counsel in connection with the bankruptcy case contemplated hereby, and it is further

RESOLVED that the Authorized Signatory be, and hereby is, authorized, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver to cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED that all actions previously taken by the Authorized Signatory in connection with the Bankruptcy filing, or any matter related thereto, are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED that all acts lawfully done or actions lawfully taken by the Authorized Signatory to seek relief on behalf of the Company under the Bankruptcy Code or in connection with the bankruptcy case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

*[Signature Page Follows]*

2

10219778

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date first written above.

**MANAGERS:**

_____
Jordan Tate

_____
Robert Wolfman

_____
George Cole Jackson

**MEMBER:**

CBC Holding, LLC,
a Nevada limited liability company

By: _____
Name: Jordan Tate
Title: Manager

**CONSOLIDATED**
**CRAFT BEVERAGE COOPERATIVE, LLC**
**INCOME STATEMENT**
**Year Ended 12/31/2023**

**Revenue**

| | |
|---|---:|
| Restaurant | 7,014,362.71 |
| Brewery | 5,854,122.11 |
| Distillery | 989,291.18 |
| IntraCo | (568,426.98) |
| **Total Revenue** | 13,289,349.02 |

**COGS**

| | |
|---|---:|
| Restaurant | 4,991,927.28 |
| Brewery | 5,474,935.65 |
| Distillery | 691,575.24 |
| IntraCo | (568,426.98) |
| **Total COGS** | 10,590,011.19 |

| | |
|---|---:|
| **Gross Profit** | 2,699,337.83 |
| Gross Margin % | *20.3%* |

**Operating Expenses**

| | |
|---|---:|
| G&A | 2,012,700.26 |
| Sales & marketing | 711,181.03 |
| CBC | 6,029.64 |
| **Total operating expenses** | 2,729,910.93 |

| | |
|---|---:|
| **Income from Operations** | (30,573.10) |

| | |
|---|---:|
| Other income (+) | 27,039.77 |
| Depreciation & amortization (-) | 571,450.53 |
| Depreciation allocated to COGS (-) | (261,754.27) |
| Interest expense/(income) (-) | 478,040.98 |
| Income taxes (-) | 800.00 |
| Misc expense (-) | 34,553.59 |
| Acquisition-related expenses (-) | - |
| **Total other income/(expense)** | (796,051.06) |

| | |
|---|---:|
| **Net Income** | (826,624.16) |

| | |
|---|---:|
| Depreciation & amortization | 571,450.53 |
| Interest expense | 478,040.98 |
| Income taxes | 800.00 |
| Other non-recurring | 77,952.49 |
| **EBITDA** | **301,619.84** |
| EBITDA Margin | *2.27%* |

**CONSOLIDATED**
**CRAFT BEVERAGE COOPERATIVE, LLC**
**BALANCE SHEET AT LIQUIDATION VALUE**

| | Total |
|---|---|
| Cash and cash equivalents | 140,368.51 |
| Accounts receivable | 317,104.07 |
| Credit card receivables | 45,973.76 |
| Other receivables | 34,518.26 |
| Inventory | 166,585.81 |
| Prepaid expenses | - |
| Other assets | 9,091.28 |
| Fixed assets | 202,924.23 |
| Trademarks | 20,000.00 |
| **Total Assets** | **936,565.92** |

| | |
|---|---|
| Accounts payable | 1,010,936.22 |
| Credit cards payable | 44,125.04 |
| Accrued expenses | 142,995.82 |
| Accrued payroll | 65,906.18 |
| Accrued TTB taxes | 52,303.54 |
| Gift card liability | 50,303.02 |
| Western Alliance term loan | 3,392,856.90 |
| Accrued interest | 40,093.13 |
| Note payable | 25,824.53 |
| Keg deposits | 114,714.90 |
| **Total Liabilities** | **4,940,059.28** |

| | |
|---|---|
| Retained earnings | (790,556.07) |
| Stockholder's equity | 5,258,066.12 |
| Loss on liquidation | (8,471,003.41) |
| **Total Liabilities and Equity** | **936,565.92** |

**CONSOLIDATED**
**CRAFT BEVERAGE COOPERATIVE, LLC**
**CASH FLOW STATEMENT**
**Year Ended 12/31/2023**

| | |
|---|---:|
| Net Income | (826,624) |
| Depreciation | 375,174 |
| Amortization | 196,276 |
| (incr.)/decr. in A/R | 161,921 |
| (incr.)/decr. in Inventory | 19,885 |
| (incr.)/decr. in Other Current Assets | 576,312 |
| (incr.)/decr. in Other Non-Current Assets | 448,348 |
| incr. /(decr.) in A/P | 326,514 |
| incr. /(decr.) in Credit Cards | 19,836 |
| incr. /(decr.) in Accrued Expenses | (105,550) |
| incr. /(decr.) in Other Current Liabilites | (55,383) |
| **Cash from Operations** | 690,004 |
| | |
| (incr.)/decr. in Fixed Assets | (134,253) |
| (incr.)/decr. in Accum. Depreciation | (4,737) |
| **Cash from Investing** | (138,990) |
| | |
| incr. /(decr.) in CPLTD | (18,411) |
| incr. /(decr.) in PPP Payable | - |
| incr. /(decr.) in Debt Issuance Costs | 20,000 |
| incr. /(decr.) in Non-CPLTD | (300,000) |
| incr. /(decr.) in Deferred Tax Liab. | - |
| incr. /(decr.) in Equity | (100,000) |
| **Cash from Financing** | (398,412) |
| | |
| BoP Cash | 152,836 |
| **Source/(use) of cash** | **152,603** |
| EoP Cash | 305,439 |